[No. 27121-4-II.   Division Two.   August 9, 2002.]

OCEAN MAR, INC., ET AL., *Appellants*, v. PETER HESS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-09184-7, Frederick B. Hayes, J., entered February 23, 2001. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 27143-5-II.   Division Two.   August 9, 2002.]

*In the Matter of the Marriage of* MARK DOWNING YOUNGBLOOD, *Appellant*, and TAMMY JEAN YOUNGBLOOD, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-3-01952-0, Kathryn J. Nelson, J., entered March 30, 2001. *Reversed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 27221-1-II.   Division Two.   August 9, 2002.]

CAROLYN HENRY, *Appellant*, v. SAMUEL V. WILLIAMS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-2-00509-9, Gary Tabor, J., entered March 16, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 27401-9-II.   Division Two.   August 9, 2002.]

MICHAEL J. WHEELER, ET AL., *Appellants*, v. PARK ROSE CARE CENTER, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-04185-9, Katherine M. Stolz, J., entered May 4, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Bridgewater, JJ.